# UNITED STATES BANKRUPTCY COURT
# Western District of Texas

Bankruptcy Case No.: 11–31199–lmc
Chapter No.: 11
Judge: Leif M. Clark

IN RE: **Dulces Arbor, S. DE R.L. DE C.V.**,
Debtor(s)

# NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

    at    El Paso Courtroom 1, 8515 Lockheed, El Paso, TX 79925

    on    **9/19/11 at 12:30 PM**

Televideo Conference Hearing: (Related Document(s): [18] Application For Approval Of Post–Petition Financing On A Senior–Lien Secured Basis (21 Day Objection Language) filed by E. P. Bud Kirk for Debtor Dulces Arbor, S. DE R.L. DE C.V. (Kirk, E. P.) Modified on 7/25/2011 (Cardenas, Rachel)., [29] Objection to Debtor's Application to Employ Special Counsel David R. Pierce Filed by Anna Maria Mendez for Creditor Maple Commercial Finance Corp. (Attachments: # (1) Exhibit A) (Mendez, Anna) (related document(s): [17] Application to Employ Special Counsel, David R. Pierce filed by E. P. Bud Kirk for Debtor Dulces Arbor, S. DE R.L. DE C.V. (Kirk, E. P.))) Hearing Scheduled For 9/19/2011 at 12:30 PM at El Paso Courtroom 1 ***ANY EXHIBIT WHICH THE PARTIES MAY WANT THE COURT TO CONSIDER MUST BE MAILED TO THE COURTROOM DEPUTY SEVEN DAYS PRIOR TO THE HEARING... MAIL EXHIBITS TO U.S. BANKRUPTCY COURT, ATTN: LISA ELIZONDO, P.O. BOX 1439, SAN ANTONIO, TEXAS 78295–1439...IF TIME ESTIMATE EXCEEDS 20 MINUTES, PLEASE CALL LISA ELIZONDO AT 210–472–6720 EXT. 236*** (Elizondo, Lisa)

Dated: 8/16/11

    George D. Prentice II
    Clerk, U. S. Bankruptcy Court

[Hearing Notice (BK)] [NtchrgBKapac]